PROB 35
(Reg 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                              Crim. No. 5:16-CR-316-1D

JOSEPH W. RANKIN

On May 27, 2016, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: January 8, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___10___ day of ___January___, 2018.

James C. Dever III
Chief U.S. District Judge